NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

## IN RE: LAWRENCE M. LEVENSTEIN,
*Appellant*

_____

2017-1067

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/212,998.

_____

**JUDGMENT**

_____

JOHN S. NAGY, II, Fulwider Patton LLP, Los Angeles, CA, argued for appellant.

ROBERT J. MCMANUS, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, SARAH E. CRAVEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  October 10, 2017  | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |